AO 450 (Rev.5/85) Judgment in a Civil Case

# United States District Court

FILED
U.S. DISTRICT COURT

2013 AUG -9  A 11: 07

Central Division for the District of Utah

DISTRICT OF UTAH

BY:_____
DEPUTY CLERK

KASHIF BHATTI,

**JUDGMENT IN A CIVIL CASE**

V.

PROVIDENT FUNDING ASSOCIATES, a
limited partnership company,

Case Number: 2:11-cv-01149-DB

This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

that judgment be entered in favor of the defendant and plaintiff's cause of action is dismissed with prejudice.

August 9, 2013
_____
Date

D. Mark Jones
_____
Clerk of Court

(By) Deputy Clerk